# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | No. 2:10-cr-136-DBH-03 |
| HASAN WORTHY, | ) | |
| | ) | |
| Defendant | ) | |

## PROCEDURAL ORDER

In preparation for discussing the speedy trial issues raised by the defendant's Motion to Dismiss (ECF No. 618) at the trial management conference scheduled for July 16, 2012, counsel should review the following cases:

United States v. Stephens, 489 F.3d 647 (5th Cir. 2007);

United States v. Childers, 2008 WL 3059135 (11th Cir. 2008);

United States v. Clarke, 10-CV-700, 2011 WL 3880923 (N.D. Ga. Aug. 9, 2011);

United States v. Rauls, No. CR507-021, 2009 WL 507041 (S.D. Ga. Feb. 27, 2009);

United States v. Douglas, No. CR507-015, 2009 WL 773598 (S.D. Ga. Mar. 20, 2009).

**So Ordered.**

**Dated this 12th day of July, 2012**

/s/ D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**